UNITED STATES of America,
Plaintiff–Appellee,

v.

Valdamero QUIROGA–ZARATE,
Defendant–Appellant.

No. 08–10133.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Dec. 30, 2008.

Pamela A. Martin, Robert L. Ellman, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Jason F. Carr, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM **

Valdamero Quiroga–Zarate appeals the sentence imposed following his guilty plea to distribution of methamphetamine in violation of 21 U.S.C. § 841(a)(1). He contends that the waiver of appeal set forth in his plea agreement violated his right to due process because he could not knowingly and intelligently waive his right to appeal a sentence that had not yet been imposed. As Quiroga–Zarate acknowledges, this contention is foreclosed. *See United States v. Cope,* 527 F.3d 944, 949 (9th Cir.), *cert. denied,* —— U.S. ——, 129 S.Ct. 321, 172 L.Ed.2d 232 (2008).

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.